Before State Industrial Commission, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by Antonio Rosillo, Respondent, v. Phil Walcoff & Company,

Employer, and The Ocean Accident and Guarantee Corporation, Ltd., Insurance Carrier, Appellants.—Award affirmed. All concur, except Woodward and Cochrane, JJ., dissenting on the authority of *Matter of Alpert* v. *Powers* (223 N. Y. 97).

Before State Industrial Commission, Respondent. In the Matter of the Claim of Joseph Hoffman, Respondent, for Compensation under the Workmen's Compensation Law, v. Ritz-Carlton Restaurant and Hotel Company, Employer, and The Travelers Insurance Company, Insurance Carrier, Appellants.—Award unanimously affirmed.